IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHRISTINE JIMENEZ,
        Plaintiff,

v.                                                      Civil Action No. 3:21cv572

BANK OF AMERICA, N.A.,
        Defendant.

## FINAL ORDER

On April 22, 2022, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 22.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                                /s/
                                         John A. Gibney, Jr.
Date: 22 April 2022          Senior United States District Judge
Richmond, VA